

CT Corporation

28 Liberty St.
New York, NY 10005

Phone (212) 894 8940
Fax (212) 590 9180
www.ct.wolterskluwer.com
www.wolterskluwer.com

JUDGE NATHAN

March 13, 2019

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

19MISC 0126

MU8-88

RE:   NEW YORK CHANGE OF ADDRESS TO BE FILED WITH THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK UNDER THE PROVISION OF FEDERAL LAW RELATING TO SURETY COMPANIES FURNISHING BOND FOR FEDERAL COURTS WHICH HAVE QUALIFIED WITH THE SECRETARY OF THE TREASURY (AS REQUIRED BY TITLE 31 U.S.C. 9306 (96 STAT. 1048) UNDER REGULATIONS ISSUED IN CONNECTION THEREWITH) FOR:

<u>RENAISSANCE REINSURANCE U.S. INC. (MD. DOM.)</u>

Dear Sir/Madam,

The above named company has complied with the requirements of Federal Law requiring corporation, which are issuing surety bonds to be used in Federal Courts, to have an agent for service of process on file with the Clerk of the United States District Court for the Southern District for the state of New York and at each divisional office of the court within the Southern District. Pursuant to the instructions of counsel for said corporation, I attach herewith the form necessary to change the address for service of process for the above corporation to: Mara Velasco, c/o C T Corporation System, 28 Liberty St., New York, New York 10005.

While the address in the Power of Attorney form is in the office of Mara Velasco, the statutes require that she be a resident of the Southern District of the state of New York and Mrs. Velasco resides within the state.

Will you please place one copy of the attached Power of Attorney (Process agent) form on file in your office and file a copy in each divisional office of the court within the Southern District of the state of New York. Please advise us of the date of filing and return Certificate of Acknowledgement of such filing.

FILED DISTRICT COURT S.D. OF N.Y.

(1)

**CT** CORPORATION

If there are any further requirements or if there are any questions in connection with the filing, please contact the undersigned concerning same.

Thank you for your attention to this matter.

Very truly yours,

CT Corporation System

Marie Hauer, Manager, Agent Services Division
28 Liberty St.
New York, NY 10005
marie.hauer@wolterskluwer.comencl.

Encl.

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that the Renaissance Reinsurance U.S. Inc., a corporation existing under and by virtue of the laws of the State of Maryland and having its principal office at 140 Broadway, 42nd Fl., New York, N.Y. 10005, desiring to comply with Title 31, Section 9306 (96 Stat. 1048) of the U.S. Code, hereby constitutes and Mara Velasco, c/o C T Corporation System, 28 Liberty St., New York, New York 10005, its true and lawful attorney and agent in and for the Southern District of New York upon whom all lawful process in any action or proceeding against the company in said district may be served in like manner and with the same effect as if the company existed therein, and who is authorized to enter an appearance in its behalf.

**IN WITNESS WHEREOF** the said company, pursuant to proper authority of its board of directors or other governing body, has caused these presents to be subscribed by its _____ President and its corporate seal to _____ this 19th day of February A.D., 2019.

(CORPORATE SEAL)

_____
President

State of New York
County of New York ss:

On this 19th day of February, A.D., 2019, before me appeared David E. Marra, President of Renaissance Reinsurance U.S. Inc., with whom I am personally acquainted, who being duly sworn, says that he/she is _____ President of Renaissance Reinsurance U.S. Inc.; that he/she knows the corporate seal of the company; that the seal affixed to the foregoing instrument is such corporate seal; that it was affixed by order of the board of directors or other governing body of said company, and that he/she signed said instrument as president of said company by like authority.

(NOTARIAL SEAL)

_____
Notary Public

LINDA L. POLIZZI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PO6053496
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES 01/08/2023

2460 – 5/5/86)

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that the Renaissance Reinsurance U.S. Inc., a corporation existing under and by virtue of the laws of the State of Maryland and having its principal office at 140 Broadway, 42nd Fl., New York, N.Y. 10005, desiring to comply with Title 31, Section 9306 (96 Stat. 1048) of the U.S. Code, hereby constitutes and Mara Velasco, c/o C T Corporation System, 28 Liberty St., New York, New York 10005, its true and lawful attorney and agent in and for the Southern District of New York upon whom all lawful process in any action or proceeding against the company in said district may be served in like manner and with the same effect as if the company existed therein, and who is authorized to enter an appearance in its behalf.

**IN WITNESS WHEREOF** the said company, pursuant to proper authority of its board of directors or other governing body, has caused these presents to be subscribed by its _____ President and its corporate seal to be affixed hereto this 19th day of February A.D., 2019.

(CORPORATE SEAL)

_____
President

York
York

this 19th day of February, A.D., 2019, before me appeared David E. Marra, President of Renaissance Reinsurance U.S Inc., with whom I am personally acquainted, who being duly sworn, says that he/she is _____ President of; Renaissance Reinsurance U.S. Inc. that he/she knows the corporate seal of the company; that the seal affixed to the foregoing instrument is such corporate seal; that it was affixed by order of the board of directors or other governing body of said company, and that he/she signed said instrument as president of said company by like authority.

(SEAL)

_____
Notary Public

LINDA L. POLIZZI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PO6053496
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES 01/08/2023

0 – 5/5/86)


## **CERTIFICATE OF ACKNOWLEDGEMENT**

### **RENAISSANCE REINSURANCE U.S. INC.**

GENTLEMEN: In accordance with your request of the _____, I caused to be filed on the _____ day of _____ 20___, at each of the following-named place **New York and White Plains** in the **Southern District** of **New York** an authenticated copy of the Power of Attorney appointing : **Mara Velasco, c/o C T Corporation System, 28 Liberty St., New York, New York 10005** as your agent upon whom process may be served in your behalf, as provided in 31 U.S.C. 9306 (96 Stat. 1048).

**(CLERK'S SEAL)**

_____
Clerk, U.S. District Court
Southern District of New York